SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

\* E-filed 6/8/07 \*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINA BELLO,<br><br>Plaintiff,<br><br>v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director,<br><br>Defendants. | No. C 07-2089 HRL<br><br>**STIPULATION TO DISMISS AND ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C07-2089 HRL                                    1

1 | Date: June 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Edward A. Olsen

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June ___, 2007

/s/ fax signature

MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/8/07

HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Dismiss
C07-2089 HRL

2

Date: June ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 5, 2007

*Monica Kane* (signature)
_____
MONICA KANE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Dismiss
C07-2089 HRL

2